UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

Gary Wilkie 922373
Plantiff,

vs.

Sharpe
Smith
Buncombe County et al

Defendant(s).

COMPLAINT

Case No. 1:26-cv-46-MOC

### A. JURISDICTION

Jurisdiction is proper in this court according to:

\_\_\_\_ 42 U.S.C. §1983

\_\_\_\_ 42 U.S.C. §1985

\_\_\_\_ Other (Please specify)_____

### B. PARTIES

1. Name of Plaintiff: Gary Wilkie 922373
   Address: BCBF
   20 Davidson rd
   Asheville, NC 28801

2. Name of Defendant: Sharpe
   Address: 60 Courthouse Plaze
   Asheville, NC 28801

   Is employed as Officer (Position/Title) at Buncombe County Jail (Organization)

Case 1:26-cv-00046-MOC   Document 1   Filed 02/13/26   Page 1 of 8

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES____ NO ✓, if "YES" briefly explain:

_____
_____
_____

3. Name of Defendant: Smith
   Address: 60 Courthouse Place
   Asheville NC
   28801

   Is employed as  Officer  at  Buncombe County Jail
                  (Position/Title)    (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES____ NO ✓, if "YES" briefly explain:

   _____
   _____
   _____

4. Name of Defendant: Buncombe County
   Address: 60 Courthouse Plaza
   Asheville, NC
   28801

   Is employed as _____ at  County
                  (Position/Title)    (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES____ NO ✓, if "YES" briefly explain:

   _____
   _____
   _____

( Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem.

On another sheet
_____
_____

On January 7, 2026 I was assaulted by correctional officer Sharpe. Officer Sharpe and officer Smith woke me up for a cell search, I complied. Other inmates in the block began hazing Sharpe which I believe made him angry. Sharpe searched my cell and took a very long time messing around in my legal folder. I asked him for his full name and badge number then he cussed me out telling me to turn my back while he searched my cell which he searched for another 20 minutes. Once the officers were done I proceeded back into my cell where I found a bar of soap that the jail gave me for christmas laying in my floor. Sharpe insisted that I throw it away but he wouldn't move to allow me to do so, I threw the soap around him so that it could be thrown away then he hit me a couple times breaking my nose. I sat on my bunk with him continuing to try to fight me and that's when Smith threatened to taze me. I wasn't taken to the hospital, I was denied all medical treatment. I was taken to the hole for 30 days where I suffered through the pain. Both Smith and Sharpe were on duty for the County (Buncombe) at the Buncombe County Jail when the attack on me occurred. I suffer from PTSD so I & am having problems sleeping and nightmares due to this attack I am still

in pain from what Sharpe did to me. My PTSD has escalated since the attack. I ask that Buncombe County be held in capacity and the officers in both capacity and individual. And their body cameras were on.

Gary Wilkie

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count 1: Excessive Force
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)
   Other Sheet.

b. (1) Count 2: _____
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

## E. INJURY

How have you been injured by the actions of the defendant(s)?

Other Sheet

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?     YES _____     NO __✓__

If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s):_____

Defendants(s):_____

2. Name of court and case or docket number:
   _____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)
   _____
   _____
   _____

4. Issued raised:
   _____
   _____
   _____

5. When did you file the lawsuit?_____
                Date: Month/Year

6. When was it (will it be) decided?_____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?   YES _____     NO _____

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____

## G. REQUEST FOR RELIEF

**I believe I am entitled to the following relief:**

I'm asking the courts to have the County pay me 300 thousand for damages and I ask the courts to place punitive damages and pay all hospital and RHA bills that come from being assaulted as I mentioned in my complaint.

JURY TRIAL REQUESTED       YES ✓    NO ____

Signed at __Buncombe County Jail__ on __2/5/26__.
    (Location)                                (Date)

_Gary Wilkie_
Signature

**Address:** 20 Davidson Dr
Asheville, NC 28801

**Phone:** 828-645-6540
**E-Mail:**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed/ delivered to the following individuals at the addresses listed:

_____

_____

_____

_____

_____

This the _____ day of _____, 20_____.

_____
Signature

_____
(Print Name)